## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No. 08-21527-CIV-ALTONAGA/White

**LAZARO ROBBIO,**

Petitioner,

vs.

**UNITED STATES OF AMERICA,**

Respondent.

_____/

## ORDER AFFIRMING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT

**THIS CAUSE** came before the Court on Magistrate Judge Patrick A. White's Report Re Dismissal for Failure to Obtain Authorization Pursuant to 28 U.S.C. § 2244(b)(3) [D.E. 6], issued on June 2, 2008. On May 28, 2008, Petitioner, Lazaro Robbio, filed a Motion to Vacate, Set Aside, or Correct Sentence (the "Petition") [D.E. 1], pursuant to 28 U.S.C. § 2255. The Court referred the Petition to Magistrate Judge White under 28 U.S.C. § 636(b)(1)(B).

In his Report, Judge White recommends denial of the Petition because Petitioner failed to obtain authorization from the United States Court of Appeals for the Eleventh Circuit to pursue this case as required by 28 U.S.C. § 2244(b)(3)(A). Petitioner has not filed objections to Judge White's Report, and the time for filing such objections has passed. The undersigned has conducted a *de novo* review of the record and concurs with Magistrate Judge White's recommendations. Accordingly, and for the reasons stated in Judge White's Report, it is

**ORDERED AND ADJUDGED** that Judge White's Report **[D.E. 6]** is **AFFIRMED AND ADOPTED**. The Petition **[D.E. 1]** is **DENIED**. The Clerk of the Court is instructed to **CLOSE**

Case No. 08-21527-CIV-ALTONAGA/White

this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of June, 2008.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1)  Magistrate Judge Patrick A. White
(2)  Counsel of record
(3)  Lazaro Robbio, *pro se*
     Reg. No. 50047-004
     FCI Atwater, California

2